No. 83–1509. MURPHY OIL CORP. *v.* NAPH-SOL REFINING CO.; and

No. 83–1515. MOBIL OIL CORP. ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certio-

rari denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions. Reported below: 728 F. 2d 1477.